DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JODI AYN MUMFORD-PORTER** a/k/a **JODI AYN PORTER**, individually and as successor trustee of **THE MUMFORD FAMILY LIVING TRUST UNDER AGREEMENT DATED SEPTEMBER 5, 2001**,
Appellant,

v.

**U.S. BANK TRUST NATIONAL ASSOCIATION**, as trustee of **THE CHALET SERIES IV TRUST**,
Appellee.

No. 4D2022-3433

[March 14, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Ruth Gundersen, Judge; L.T. Case No. CACE17004053.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellant.

Gray Proctor, Morristown, New Jersey, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***